IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES J. EATO,

Petitioner,

v.

DEPT. OF CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5657

Opinion filed June 2, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Charles J. Eato, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Matthew F. Vitale, Assistant Attorney
General, Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of certiorari is denied on the merits.

WOLF, WETHERELL, and BILBREY, JJ., CONCUR.